```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 08 B 10374
    JESSE S YOUNG
                                                  CHAPTER 13

                                                  JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-1991


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/25/08 .

   2.  The case was dismissed without confirmation, 09/26/2008.


---------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT       INTEREST          PRINCIPAL
                                                                  PAID              PAID
---------------------------------------------------------------------------
STATE DISBURSEMENT UNIT   CHILD SUPPORT            .00               .00               .00
ALLIED CREDIT             UNSECURED           NOT FILED             .00               .00
ALLIED CREDIT             UNSECURED           NOT FILED             .00               .00
ALLIED INTERSTATE         UNSECURED           NOT FILED             .00               .00
CREDIT PROTECTION ASSOC   UNSECURED           NOT FILED             .00               .00
DONALD L ALLEWAIT         UNSECURED           NOT FILED             .00               .00
EDGERTON & EDGERTON       UNSECURED           NOT FILED             .00               .00
ILLINOIS COLLECTION       UNSECURED           NOT FILED             .00               .00
IL DEPT OF EMPLOYMENT SE  UNSECURED           NOT FILED             .00               .00
ST IL TOLLWAY AUTHORITY   UNSECURED           NOT FILED             .00               .00
KCA FINANCIAL SERVICES    UNSECURED           NOT FILED             .00               .00
KEYNOTE CONSULTING INC    UNSECURED           NOT FILED             .00               .00
MERCHANTS CREDIT GUIDE    UNSECURED           NOT FILED             .00               .00
GOOD SAMARITAN HOSPITAL   UNSECURED           NOT FILED             .00               .00
ILLINOIS DEPT REVENUE     PRIORITY            NOT FILED             .00               .00
INTERNAL REVENUE SERVICE  PRIORITY            NOT FILED             .00               .00
         Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00            .00
PRINCIPAL PAID         .00          .00          .00          .00            .00
INTEREST PAID          .00          .00          .00          .00            .00
TOTAL PAID             .00          .00          .00          .00            .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/17/08                    /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```

```
                                  PAGE  2
        CASE NO. 08 B 10374 JESSE S YOUNG
```